UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIGYNESHABEN SHAH,

      Plaintiff,                                              Case No. 11-13493

v.                                                         Hon. AVERN COHN

DISTRICT DIRECTOR, DETROIT
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE
DEPARTMENT OF HOMELAND SECURITY, and
BRENDA SAENZ, in her official capacity as an adjudicating officer,

      Defendants.
_____/

## ORDER OF DISMISSAL

This is a challenge to a denial of naturalization. (Doc. 1). The plaintiff has failed to exhaust her administrative remedies as required by 8 U.S.C. §1447(a). For the reasons stated on the record at the hearing held on November 30, 2011, defendant's motion to dismiss (Doc. 9) is **GRANTED**, this case is **DISMISSED** without prejudice.

      **SO ORDERED**.

Dated: December 1, 2011            s/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Thursday, December 1, 2011, by electronic and/or ordinary mail.

                                                  s/Julie Owens
                                                Case Manager, (313) 234-5160